## PECK, Administrator, *v.* BLIGH *et al.*

### (April Term, 1865.)

CONTINUANCE — Whether allowed on account of the record being voluminous, and want of time to prepare the cause for hearing at the term.

APPEAL from the Circuit Court of Winnebago county.

On the second day of the April Term, 1865, of this court, Mr. STEPHEN R. MOORE, counsel for the appellant, moved the court for a continuance of this cause, upon his affidavit, as follows:

That he cannot prepare the cause for trial at the present term. The cause was tried in the Winnebago Circuit Court at the last February Term, and a decree entered during the latter part of the month of February. That affiant perfected the appeal at as early a date as possible thereafter, and ordered the clerk to prepare the record for the Supreme Court.

That the record came to this affiant's hands on the first of April. That the record is voluminous, embracing one hundred and nine pages, and that it has been impossible for affiant to prepare the abstract in time for this term of the court, and prepare the cause for trial. That no delays have occurred since the cause was tried in the court below in preparing it for trial at this term of the court. He therefore prays the court to continue the cause until the next term.

Messrs. LELAND & BLANCHARD, for the appellees, resisted the application.

Per CURIAM : We do not think there are sufficient grounds for a continuance. By the use of reasonable diligence we think the case may be prepared for a hearing at the present term.. We will, however, extend the time for filing an abstract of the record until the fifteenth day of the term.

*Continuance refused.*